UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF MINNESOTA

In Re:                                          CHAPTER 13 CASE

Gerald W Dietz                                  CASE NO. 09-51595
Laurie A Dietz
                                                ORDER
                    Debtors.
_____


	This case is before the court on the motion of US Bank N.A, seeking relief from the stay imposed pursuant to 11 U.S.C. § 1322. Based upon the files and records;

	IT IS ORDERED:

	1.	The motion is denied.

	2.	The debtors shall cure the post petition arrears in a total amount of $907.63 with the breakdown as follows:

		Payments 4 @ $877.58 = $3,510.32
		March, 2010 to June, 2010
		Late Charges = $92.37
		Inspections = $40.00
		Previous Bankruptcy Attorney Fees = $150.00
		Attorney Fees and Costs = $700.00
		(Suspense) ($3585.06)
		  TOTAL:				$907.63

	3.	The post petition arrears shall be cured by eight payments in the amount of $100.00, commencing August 15, 2010 and continuing through March 15, 2011, and a final payment in the amount of $107.63 due on or before April 15, 2011. These payments shall be in addition to the debtors' regular monthly mortgage payment and shall be sent directly to the mortgage company.

	4.	The debtors shall continue to pay regular monthly payments on this account as and when such payments become due, commencing July 1, 2010.

5. The debtors shall also remain current with the trustee.

6. In the event the debtors does not comply with any of the above terms, the movant, its assigns or successors in interest, will be entitled to ex parte relief from the stay upon expiration of ten calendar days after service by U.S. Mail of an affidavit of default upon the debtors and their attorney; and upon failure by the debtors to cure the same. If a default notice issues and the default is cured within the ten days allowed, the movant will be entitled to $75.00 as compensation for attorney fees incurred relative to the issuance of that notice. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

July 20, 2010 /e/ Robert J. Kressel
Dated United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 07/20/2010
Lori Vosejpka, Clerk, by AMM